UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/18
```

------------------------------------------------------------X

IN RE ARATANA THERAPEUTICS INC.
SECURITIES LITIGATION

17 CIVIL 880 (PAE)

## JUDGMENT

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 11, 2018, Aratana's motion to dismiss the amended complaint is granted and the amended complaint is dismissed in its entirety, with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
June 13, 2018

RUBY J. KRAJICK

Clerk of Court

BY: _____
Deputy Clerk